# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 5083 | **DATE** | 9/20/2002 |
| **CASE TITLE** | Sam J. Sugar vs. ENH Medical Group | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Order. To enable this Court to decide at the outset (as it should) whether or not subject matter jurisdiction is present here, ENH's counsel is ordered to file a brief memorandum in this Court's chambers on or before September 27, 2002 addressing that issue.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | SEP 23 2002 | |
| | Notified counsel by telephone. | date docketed | 3 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials |
| | Copy to judge/magistrate judge. | | 9/20/2002 |
| | | | date mailed notice |
| SN | courtroom deputy's initials | | SN |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
SEP 2 3 2002

SAM J. SUGAR,  )
 )
                Plaintiff, )
 )
v.  )   No. 02 C 5083
 )
ENH MEDICAL GROUP, )
 )
                Defendant. )

MEMORANDUM ORDER

ENH Medical Group ("ENH") has filed its Answer and Affirmative Defenses to the Americans with Disabilities Act lawsuit brought against it by Dr. Sam Sugar. This memorandum order is issued sua sponte to require ENH to flesh out its purported jurisdictional challenge set out in Answer ¶7--as our Court of Appeals has reconfirmed in Cook v. Winfrey, 141 F.3d 322, 325 (7th Cir. 1998):

> It is axiomatic that a federal court must assure itself that it possesses jurisdiction over the subject matter of an action before it can proceed to take any action respecting the merits of the action. "The requirement that jurisdiction be established as a threshold matter 'spring[s] from the nature and limits of the judicial power of the United States' and is 'inflexible and without exception.'" Steel Co. v. Citizens for a Better Environment, 118 S.Ct. 1003, 1012 (quoting Mansfield C.& L.M.R. Co. v. Swan, 111 U.S. 379, 382).

To enable this Court to decide at the outset (as it should) whether or not subject matter jurisdiction is present here, ENH's counsel is ordered to file a brief memorandum in this Court's chambers on or before September 27, 2002 addressing that issue. This Court will then determine whether further steps may be

3

needed in that regard.

/s/ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: September 20, 2002